SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:10-cv-00212-GEB-JFM** |
| Plaintiff, | ) STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL APRIL 9, 2010 FOR DEFENDANT |
| vs. | ) JERRY NEWMAN INDIVIDUALLY AND ) D/B/A EDWARD D JONES & CO 8935 |
| Jerry Newman, et al | ) TO RESPOND TO COMPLAINT |
| Defendants | ) |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Jerry Newman Individually and d/b/a Edward D Jones & Co 8935, by and through their respective attorneys of record, Scott N. Johnson; Annie Moriarty, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Jerry Newman Individually and d/b/a Edward D Jones & Co 8935 until March 31, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendant Jerry Newman Individually and d/b/a Edward D Jones & Co 8935 is granted an extension until April 9, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Jerry Newman Individually and d/b/a Edward D Jones & Co 8935s' response will be due no later than April 9, 2010.

IT IS SO STIPULATED effective as of March 30, 2010

Dated:   March 30, 2010                  /s/Annie Moriarty_____

                                         Annie Moriarty,
                                         Attorney for Defendant
                                         Jerry Newman
                                         Individually and d/b/a
                                         Edward D Jones & Co 8935

Dated: March 30, 2010                    /s/Scott N. Johnson

                                         Scott N. Johnson,

                                         Attorney for Plaintiff



**IT IS SO ORDERED:** that Defendant Jerry Newman Individually and d/b/a Edward D Jones & Co 8935 shall have until April 9, 2010 to respond to complaint.

Dated: 3/31/10

_____
GARLAND E. BURRELL, JR.
United States District Judge