UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,  )
                   )  2:10-cv-00212-GEB-JFM
     Plaintiff,    )
                   )  <u>ORDER TO SHOW CAUSE</u>
 v.                )  <u>AND CONTINUING STATUS</u>
                   )  <u>(PRETRIAL SCHEDULING)</u>
JERRY NEWMAN, et al., )  <u>CONFERENCE</u>
                   )
     Defendants.   )
_____)

        An Order Setting Status (Pretrial Scheduling) Conference was filed January 27, 2010, in which a status conference was scheduled in this case on May 24, 2010, and a joint status report was required to be filed no later than fourteen days prior to the status conference. The Order further required a status report be filed regardless of whether a joint report could be procured.  No status report was filed.

        Therefore, Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than 4:00 p.m. on June 10, 2010, why sanctions should not be imposed against him under Rule 16(f) of the Federal Rules of Civil Procedure for his failure to file a timely status report.  Plaintiff shall also state in the written response whether a hearing is requested on the OSC. If a hearing is requested,

1

it will be held on June 24, 2010, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date. A joint status report shall be filed no later than fourteen days prior to the status conference.

IT IS SO ORDERED.

Dated: May 11, 2010

GARLAND E. BURRELL, JR.
United States District Judge